Circuit Court of Appeals for the Eighth Circuit denied. *J. C. Pryor* for petitioners. *Acting Solicitor General Washington, Assistant Attorney General Sonnett* and *Samuel D. Slade* for respondent.

No. 995. BOWERS ET AL. *v.* REMINGTON RAND, INC. March 31, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Harold Leventhal* for petitioners. *Acting Solicitor General Washington, Assistant Attorney General Sonnett* and *Samuel D. Slade* for respondent.

No. 998. ST. REGIS PAPER CO. *v.* HIGGINS, COLLECTOR OF INTERNAL REVENUE. March 31, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Horace R. Lamb* for petitioner. *Acting Solicitor General Washington, Sewall Key, Lee A. Jackson* and *Irving I. Axelrad* for respondent.

No. 1000. JEFFRIES *v.* COMMISSIONER OF INTERNAL REVENUE. March 31, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Garland M. McNutt* for petitioner. *Acting Solicitor General Washington, Sewall Key, Helen R. Carloss* and *Helen Goodner* for respondent.

No. 1019. ILLINOIS EX REL. EL *v.* NIERSTHEIMER, WARDEN. March 31, 1947. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Robert E. Bryant* and *Harold M. Tyler* for petitioner.